IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY DUNCAN, JR., | 1:06-CV-01024-OWW-DLB-P |
| Plaintiff, | ORDER DISREGARDING APPLICATION (DOCUMENT #2) |
| vs. | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| DR. T. HOANG, M.D., et al., | IN FORMA PAUPERIS **OR** PAY FILING FEE |
| Defendants. / | |

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff was incarcerated at Corcoran State Prison when he filed his complaint.  On August 7, 2006, plaintiff filed an application to proceed in forma pauperis by a prisoner and a certified copy of his prison trust account statement.  On August 29, 2006, plaintiff filed a notice of change of address, indicating that he was released from custody.  Due to his release, the court requires that plaintiff file a new application to proceed in forma pauperis **by a non-prisoner**.  Therefore, plaintiff's application filed on August 7, 2006, shall be disregarded, and plaintiff will

1

be provided the opportunity to submit a new application to proceed in forma pauperis by a non-prisoner, **or** pay the $350.00 filing fee for this action.

  Accordingly, IT IS HEREBY ORDERED that:

    1.  The application to proceed in forma pauperis by a prisoner, filed by plaintiff on August 8, 2006, is DISREGARDED;

    2.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **for a non-prisoner;**

    3.  Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

  IT IS SO ORDERED.

  Dated:  **September 8, 2006**       **/s/ Dennis L. Beck**
3c0hj8                UNITED STATES MAGISTRATE JUDGE